---

**Fill in this information to identify the case**

United States Bankruptcy Court for the

_____ District of    Delaware
                                (State)

Case number (*If known*): _____    Chapter   11

☐    Check if this is an amended filing

**Official Form 201**

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Insys Pharma, Inc. |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Insys Therapeutics, Inc. |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 01-0749410 |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1333           South Spectrum Blvd., Suite 100<br>Number        Street | Number                Street |
| | P.O. Box |
| Chandler        Arizona       85286<br>City             State         ZIP Code | City               State        ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Maricopa County<br>County | Number                Street |
| | City               State        ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | www.insysrx.com |

**6.    Type of debtor**

☒  Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐  Partnership (excluding LLP)
☐  Other.  Specify: _____

WEIL:\97018046\3\53602.0003

Debtor    Insys Pharma, Inc.
          Name                                                            Case number (if known)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above <u>Pharmaceutical and Medicine Manufacturing</u>

B. *Check all that apply:*

☐ Tax- entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>3254</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes   District _____ When _____ Case number _____
                                  MM/ DD/ YYYY

          District _____ When _____ Case number _____
                                  MM/ DD/ YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes   Debtor _____See Schedule 1_____ Relationship _____See Schedule 1_____

          District _____See Schedule 1_____ When _____See Schedule 1_____

          Case number, if known _____ MM / DD/ YYYY

Debtor    Insys Pharma, Inc.
          Name                                                          Case number (if known)

**11. Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____
City                State              ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact Name _____

Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

(on a consolidated basis)

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☒ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

(on a consolidated basis)

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

(on a consolidated basis)

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☒ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Insys Pharma, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2019
          MM/ DD /YYYY

**✗** _____
Signature of authorized representative of debtor

Chief Executive Officer
Title

Andrew G. Long
Printed name

**18. Signature of attorney**

**✗** /s/ Paul N. Heath
Signature of attorney for debtor

Paul N. Heath
Printed Name

Richards, Layton & Finger, P.A.
Firm Name

One Rodney Square, 920 North King Street
Address

Wilmington, Delaware 19801
City/State/Zip

(302) 651-7700
Contact Phone

heath@rlf.com
Email Address

| 3704 | Delaware |
|---|---|
| Bar Number | State |

Date    June 10, 2019
      MM / DD / YYYY

Gary T. Holtzer

Weil, Gotshal & Manges LLP

767 Fifth Avenue

New York, New York  10153

(212) 310-8000

gary.holtzer@weil.com

**Schedule 1**

Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the affiliated entities listed below (collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware. The Debtors have filed a motion requesting that the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| COMPANY |
| --- |
| Insys Therapeutics, Inc. |
| IC Operations, LLC |
| Insys Development Company, Inc. |
| Insys Manufacturing, LLC |
| Insys Pharma, Inc. |
| IPSC, LLC |
| IPT 355, LLC |

ACTION BY
WRITTEN CONSENT OF
THE GOVERNING BODIES
OF
INSYS PHARMA, INC.
IC OPERATIONS, LLC
IPSC, LLC
INSYS DEVELOPMENT COMPANY, INC.
INSYS MANUFACTURING, LLC
IPT 355, LLC

June 9, 2019

All of the members of the board of directors or the sole member and manager, as the case may be (as applicable, the "Governing Body"), of each of the entities referenced above (each, a "Company" and collectively, the "Companies"), do hereby consent to, adopt, and approve, by written consent, pursuant to and in accordance with the Section 141(f) of the General Corporation Law of the State of Delaware, Section 18-302(d) of the Delaware Limited Liability Company Act, Section 29-683 of the Arizona Limited Liability Act and Section 101.259 of the Texas Business Organizations Code, as applicable, the following resolutions and each and every action effected thereby;

**WHEREAS**, the Governing Body of each Company has reviewed and had the opportunity to ask questions about the materials presented by the management and the legal and financial advisors of such Company regarding the liabilities and liquidity of such Company, the various strategic alternatives available to each Company consequences of not pursuing any strategic transactions and the impact of the foregoing on such Company's businesses;

**WHEREAS**, the Governing Body of each Company has had the opportunity to consult with the management and the legal and financial advisors of such Company to fully consider, and has considered, each of the strategic alternatives available to such Company; and

**WHEREAS**, each Governing Body desires to approve the following resolutions.

I.    **Commencement of Chapter 11 Case**

**NOW, THEREFORE, BE IT RESOLVED**, that, with respect to each Company, its Governing Body has determined, after consultation with the management and the legal and financial advisors of such Company, that it is desirable and in the best interests of such Company, its shareholders, members, partners, creditors and other parties in interest that a petition be filed by such Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and be it further

**RESOLVED**, that any officer of any of such Company or any manager of such Company (each, an "Authorized Person"), in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, to negotiate, execute, deliver, file and perform, in the name and on behalf of such Company, and under its

corporate seal or otherwise, all petitions, schedules, motions, lists, applications, pleadings, orders and other documents (the "Chapter 11 Filings") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") (with such changes therein and additions thereto as any such Authorized Person may deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 11 Filings by any such Authorized Person with any changes thereto to be conclusive evidence that any such Authorized Person deemed such changes to meet such standard); and be it further

**RESOLVED**, that each Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the applicable Company, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with such Company's chapter 11 case (each, a "Chapter 11 Case") or the Chapter 11 Filings, including, without limitation, (i) the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, (ii) implementing a sales process to sell substantially all the assets of such Company, and (iii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, such sales process and such Company's Chapter 11 Case with a view to the successful prosecution of such Chapter 11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

## II.    Retention of Advisors

**RESOLVED,** that, in connection with each Company's Chapter 11 Case, any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of such Company, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals which such Authorized Person deems necessary, appropriate, or desirable in connection with such employment and retention of professionals set forth in this resolution, with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

**RESOLVED**, that the firm of FTI Consulting, Inc., located at Two North Central Avenue, #12000, One Renaissance Square, Phoenix, AZ 85004, is hereby retained as financial advisor for the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Lazard Frères & Co. LLC, located at 30 Rockefeller Plaza #5440, New York, NY 10020, is hereby retained as investment banker for each the Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the law firm of Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, NY 10153, is hereby retained as attorneys for each Company in the Chapter 11 Cases, subject to Bankruptcy Court approval; and be it further

3

**RESOLVED**, that the law firm of Richards, Layton & Finger, P.A., located at One Rodney Square, 920 North King Street, Wilmington, DE 19801, is hereby retained as attorneys for each Company in the Chapter 11 Case, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, 12th Floor, New York, New York 10017, is hereby retained as claims, noticing, and solicitation agent and administrative advisor for each Company in the Chapter 11 Cases, subject to Bankruptcy Court approval; and be it further

## III.    General

**RESOLVED**, that, with respect to each Company, each Authorized Person, any one of whom may act without the joinder of any of the others, hereby is authorized in the name and on behalf of such Company, to take all such further actions, including, but not limited to, (i) the negotiation of such additional agreements, amendments, modifications, supplements, reports, documents, instruments, applications, notes or certificates not now known but which may be required, (ii) the execution, delivery and filing (if applicable) of any of the foregoing and (iii) the payment of all fees, consent payments, taxes and other expenses as any such Authorized Person, in his or her sole discretion, may approve or deem necessary, appropriate or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Authorized Person deemed the same to be so necessary, appropriate or desirable; and be it further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Person, any director, or any member of any Company in the name and on behalf of such Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects.

*[Signature Page Follows]*

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the board of directors of Insys Pharma, Inc. have executed this unanimous written consent as of the date first set forth above.

_____
Andrew G. Long

_____
Andrece Housley

**IN WITNESS WHEREOF**, the undersigned, being the sole member and manager of IC Operations, LLC has executed this written consent as of the date first set forth above.

INSYS PHARMA, INC.

By:

Name: Andrew G. Long

Title: President & Chief Executive Officer

**IN WITNESS WHEREOF**, the undersigned, being the sole member and the manager of IPSC, LLC has executed this written consent as of the date first set forth above.

Member:

**INSYS PHARMA, INC.**

By: _____
Name: Andrew G. Long
Title: President & Chief Executive Officer

Manager:

_____
Andrew G. Long

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the board of directors of Insys Development Company, Inc., have executed this unanimous written consent as of the date first set forth above.

Andrew G. Long

Andrece Housley

**IN WITNESS WHEREOF**, the undersigned, being the sole member and manager of Insys Manufacturing, LLC has executed this written consent as of the date first set forth above.

INSYS DEVELOPMENT COMPANY, INC.

By: _____
Name: Andrew G. Long
Title: President & Chief Executive Officer

**IN WITNESS WHEREOF**, the undersigned, being the sole member and manager of IPT 355, LLC has executed this written consent as of the date first set forth above.

INSYS PHARMA, INC.

By: _____

Name: Andrew G. Long

Title: President & Chief Executive Officer

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | THE UNITED STATES UNITED STATES DEPARTMENT OF JUSTICE CIVIL DIVISION / FRAUD SECTION 175 N STREET, N.E. WASHINGTON, DC 20002 | CONTACT: DAVID T. COHEN, SENIOR TRIAL COUNSEL PHONE: (202) 307-0136 david.t.cohen@usdoj.gov | LITIGATION | | | | SEE FOOTNOTE 1 |
| 2 | THE UNITED STATES CHIEF, HEALTH CARE FRAUD UNIT US ATTORNEY'S OFFICE FOR THE DISTRICT OF MASSACHUSETTS ONE COURTHOUSE WAY, SUITE 9200 BOSTON, MA 02210 | CONTACT: AMANDA STRACHAN PHONE: (617) 748-3643 Amanda.Strachan@usdoj.gov | LITIGATION | | | | $30,000,000.00 |
| 3 | WILKINSON WALSH & ESKOVITZ LLP 2001 M STREET, NW, SUITE 1000 WASHINGTON, DC 20036 | CONTACT: BETH WILKINSON PHONE: (202) 847-4010 FAX: (202) 847-4005 bwilkinson@wilkinsonwalsh.com | INDEMNITY - COUNSEL FOR JOHN KAPOOR | C, D | | | $8,894,828.47 |
| 4 | KING & SPALDING 1700 PENNSYLVANIA AVENUE, NW 2ND FLOOR WASHINGTON, DC 20006 | CONTACT: WICK SOLLERS PHONE: (202) 626-5612 wsollers@kslaw.com | INDEMNITY - COUNSEL FOR MIKE BABICH | C, D | | | $2,162,222.10 |
| 5 | NIXON PEABODY LLP EXCHANGE PLACE 53 STATE STREET BOSTON, MA 02109-2835 | CONTACT: BRIAN T. KELLY PHONE: (617) 345-1065 FAX: (855)714-9513 bkelly@nixonpeabody.com | INDEMNITY - COUNSEL FOR JOHN KAPOOR | C, D | | | $1,183,721.97 |
| 6 | WHITE & CASE LLP 75 STATE STREET BOSTON, MA 02109 | CONTACT: MICHAEL KENDALL PHONE: (617) 979-9310 michael.kendall@whitecase.com | INDEMNITY - COUNSEL FOR JOE ROWAN | C, D | | | $1,001,378.70 |
| 7 | CRAVATH, SWAINE & MOORE LLP WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK, NY 10019-7475 | CONTACT: DAVID M. STUART PHONE: (212) 474-1519 FAX: (212) 474-3700 dstuart@cravath.com | PROFESSIONAL SERVICES | D | | | $827,038.37 |
| 8 | PAUL HASTINGS LLP 875 15TH STREET, N.W. WASHINGTON, DC 20005 | CONTACT: NAVEEN MODI PHONE: (202) 551-1990 FAX: (202) 551-1705 naveenmodi@paulhastings.com | PROFESSIONAL SERVICES | D | | | $781,021.42 |
| 9 | ROPES & GRAY LLP PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON, MA 02199-3600 | CONTACT: BRIEN OCONNOR PHONE: (617) 951-7385 FAX: (617) 951-7050 Brien.O'Connor@ropesgray.com | INDEMNITY - COUNSEL FOR JOHN KAPOOR | C, D | | | $596,655.00 |
| 10 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019-6064 | CONTACT: JACOB A. ADLERSTEIN, PARTNER PHONE: (212) 373-3142 FAX: (212) 492-0142 jadlerstein@paulweiss.com | INDEMNITY - COUNSEL FOR JOHN KAPOOR | C, D | | | $564,616.77 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If the claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 11 | DLA PIPER 2525 EAST CAMELBACK ROAD SUITE 1000 PHOENIX, AZ 85016-4232 | CONTACT: STEVEN PIDGEON PHONE: (480) 606-5124 FAX: (480) 606-5524 steven.pidgeon@dlapiper.com | PROFESSIONAL SERVICES | | | | $494,639.40 |
| 12 | SENZER, LTD 2 ANGEL SQUARE LONDON EC1V 1NY UNITED KINGDOM | CONTACT: AMY HOLT, LEGAL COUNSEL PHONE: +44-(0)203-457-0453 info@senzer.com | TRADE VENDOR | | | | $464,431.00 |
| 13 | HOLLAND & KNIGHT LLP 2300 US BANCORP TOWER 11 SW FIFTH AVENUE PORTLAND, OR 97204 | CONTACT: MATT DONOHUE PHONE: (503) 517-2913 FAX: (503) 241-8014 Matt.Donohue@hklaw.com | PROFESSIONAL SERVICES | | | | $406,531.40 |
| 14 | ANKURA CONSULTING GROUP, LLC 1220 19TH STREET, NW SUITE 700 WASHINGTON, DC 20036 | CONTACT: JOHN YAGERLINE PHONE: (202) 721-0948 John.Yagerline@ankura.com | PROFESSIONAL SERVICES | | | | $401,746.15 |
| 15 | MINER ORKAND SIDDALL LLP 470 ATLANTIC AVE 4TH FLOOR BOSTON, MA 02110 | CONTACT: TRACY MINER PHONE: (617) 273-8421 tminer@mosllp.com | INDEMNITY - COUNSEL FOR MIKE GURRY | C, D | | | $380,965.56 |
| 16 | CARLTON FIELDS CORPORATE CENTER THREE AT INTERNATIONAL PLAZA 4221 W. BOY SCOUT BLVD, SUITE 1000 TAMPA, FL 33607-5780 | CONTACT: ADAM SCHWARTZ PHONE: (813) 223-7000 FAX: (813) 229-4133 aschwartz@carltonfields.com | PROFESSIONAL SERVICES | | | | $344,712.00 |
| 17 | HOGAN LOVELLS US LLP 100 HIGH STREET 20TH FLOOR BOSTON, MA 02110 | CONTACT: BILL KETTLEWELL PHONE: (202) 637-5600 FAX: (617) 371-1037 bill.kettlewell@ hoganlovells.com | INDEMNITY - COUNSEL FOR MIKE BABICH | C, D | | | $329,864.28 |
| 18 | NARDELLO & CO. LLC 565 FIFTH AVE. SUITE 200 NEW YORK, NY 10017 | CONTACT: DANIEL NARDELLO, CEO PHONE: (212) 537-5300 FAX: (212) 537 5333 dnardello@nardelloandco.com | INDEMNITY - COUNSEL FOR JOHN KAPOOR | C, D | | | $293,622.36 |
| 19 | QUINN EMANUEL URQUHART & SULLIVAN, LLP 865 S. FIGUEROA STREET 10TH FLOOR LOS ANGELES, CA 90017 | CONTACT: JONATHAN BUNGE PHONE: (312) 705-7476 FAX: (312) 705-7401 jonathanbunge@quinnemanuel.com | INDEMNITY COUNSEL FOR STEVE MEYER AND PIERRE LAPALME | C, D | | | $282,352.18 |
| 20 | PRA HEALTH SCIENCES 4130 PARKLAKE AVENUE SUITE 400 RALEIGH, NC 27612 | CONTACT: CHRISTINE ROGERS, DIRECTOR PHONE: (919) 786-8463 rogerschristine@prahs.com | INDEMNITY - COUNSEL FOR JOHN KAPOOR | C, D | | | $230,411.37 |
| 21 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP 155 N. WACKER DRIVE CHICAGO, IL 60606 | CONTACT: MATTHEW R. KIPP PHONE: (312) 407-0728 FAX: (312) 407-8575 matthew.kipp@skadden.com | PROFESSIONAL SERVICES | | | | $179,799.83 |
| 22 | KATTEN MUNCHIN ROSENMAN LLP 575 MADISON AVE NEW YORK, NY 10022 | CONTACT: SCOTT RESNIK PHONE: (213) 443-3000 FAX: (212) 894-5513 scott.resnik@kattenlaw.com | INDEMNITY - COUNSEL FOR JEFF PEARLMAN | C, D | | | $164,716.79 |

WEIL:\97042757\2\53602.0003

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 23 | SHOOK, HARDY & BACON L.L.P. 2555 GRAND BOULEVARD KANSAS CITY, MO 64108Washington, District of Columbia 20001 | CONTACT: JAMES MUEHLBERGER PHONE: (816) 559-2372 FAX: (816) 421-5547 jmuehlberger@shb.com | PROFESSIONAL SERVICES | | | | $160,740.96 |
| 24 | COVINGTON & BURLING LLP ONE CITY CENTER 850 TENTH ST NW WASHINGTON, DC 20001 | CONTACT: GEOFFREY HOBART PHONE: (202) 662-6000 ghobart@cov.com | PROFESSIONAL SERVICES | | | | $138,448.85 |
| 25 | SPECIAL COUNSEL DEPT CH 14305 PALANTINE, IL 60055-4305 | CONTACT: MICHAEL MANFREDI PHONE: (267) 507-2638 michael.manfredi@specialcounsel.com | PROFESSIONAL SERVICES | | | | $135,711.54 |
| 26 | MCKESSON SPECIALTY AZ 4343 N SCOTTSDALE RD STE 150 SCOTTSDALE, AZ 85251-3351 | CONTACT: JEFF REINKE, SVP PHONE: (480) 663-4000 jeff.reinke@mckesson.com | CUSTOMER PROGRAM | | | | $134,618.45 |
| 27 | K&L GATES LLP K&L GATES CENTER 210 SIXTH AVENUE PITTSBURGH, PA 15222-2613 | CONTACT: JEFFREY W ACRE, PARTNER PHONE: (412) 355-6506 FAX: (412) 355-6501 jeffrey.acre@klgates.com | PROFESSIONAL SERVICES | D | | | $122,693.62 |
| 28 | PATTERSON BELKNAP WEBB & TYLER LLP 1133 AVENUE OF THE AMERICAS NEW YORK, NY 10036 | CONTACT: DANIEL A.LOWENTHAL, PARTNER PHONE: (212) 336-2720 FAX: (212) 336-1253 dalowenthal@pbwt.com | INDEMNITY - COUNSEL FOR PATRICK FORTEAU | C, D | | | $122,147.54 |
| 29 | BERKELEY RESEARCH GROUP, LLC 2200 POWELL STREET SUITE 1200 EMERYVILLE, CA 94608 | CONTACT: LAURA DORMAN, MANAGING DIRECTOR & ASSOC. GENERAL COUNSEL PHONE: (510) 285-3288 FAX: (510) 654-7857 ldorman@thinkbrg.com | INDEMNITY - COUNSEL FOR JOHN KAPOOR | C, D | | | $118,555.34 |
| 30 | MARINO, TORTORELLA & BOYLE, P.C. 437 SOUTHERN BLVD CHATHAM TOWNSHIP, NJ 07928 | CONTACT: KEVIN H. MARINO, PRINCIPAL PHONE: (973) 824-9300 FAX: (973) 824-8425 kmarino@khmarino.com | PROFESSIONAL SERVICES | | | | $110,344.43 |

**Footnote 1:** Prior to filing this petition, on June 5, 2019, the Debtors entered into an agreement (the "**Civil Settlement Agreement**") with the United States to settle a civil action brought by the United States against the Debtors relating to certain Covered Conduct (as defined therein) for $195 million paid over five years, plus interest. The Debtors intend to file a motion in short order seeking approval under Bankruptcy Rule 9019 of a stipulation to be entered into between Insys Therapeutics, Inc. and the United States after the filing of this petition that fixes a general unsecured claim of the United States in these Chapter 11 Cases in the amount of $243 million, capped at a recovery of $195 million (inclusive of a $5 million prepetition payment), on account of the Covered Conduct and any claims under the Civil Settlement Agreement, as the Debtors will set forth more fully in the motion. Absent entry into and approval of such stipulation, the United States has asserted it may have claims against the Debtors in amounts in excess of $1 billion on account of the Covered Conduct.

WEIL:\97042757\2\53602.0003

Fill in this information to identify the case:

Debtor name: Insys Pharma, Inc.

United States Bankruptcy Court for the District of Delaware
                                   (State)

Case number (If known): _____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐   Schedule H: Codebtors (Official Form 206H)

☐   Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐   Amended Schedule _____

☑   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 10, 2019
             MM / DD /YYYY

X _____
    Signature of individual signing on behalf of debtor

    Andrew G. Long
    Printed name

    Chief Executive Officer
    Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------------- x
In re                                      :
                                           :      Chapter 11
                                           :
INSYS PHARMA, INC.,                        :      Case No. 19-_____ (___)
                                           :
         Debtor.                           :
                                           :
------------------------------------------------------------- x
```

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1, attached hereto as **Exhibit A** is an organizational chart reflecting all of the ownership interests in Insys Therapeutics Inc. and its affiliated debtors, as proposed debtors and debtors in possession (collectively, the "**Debtors**").  The Debtors respectfully represents as follows:

1.      John N. Kapoor, Ph.D owns 63.2% of the equity interests of Insys Therapeutics, Inc.[1]  To the best of the Debtors' knowledge and belief, no other person or entity directly owns 10% or more of Insys Therapeutics, Inc.'s common stock.

2.      Insys Therapeutics, Inc. directly owns 100% of the equity interests in Insys Pharma, Inc.

3.      Insys Pharma, Inc. directly owns 100% of the membership interests or equity interests, as applicable, of:

> a.  IPT 355, LLC
>
> b.  IC Operations, LLC
>
> c.  Insys Development Company, Inc.; and

---

[1] These shares are held in a voting trust through an agreement with Bessemer Trust Company of Delaware.

      d.  IPSC, LLC

4.      Insys Development Company, Inc. directly owns 100% of the membership interests of Insys Manufacturing, LLC.

3

**Exhibit A**

**Organizational Chart**



Fill in this information to identify the case:

Debtor name: Insys Pharma, Inc.

United States Bankruptcy Court for the District of Delaware
                                                    (State)

Case number (*If known*): _____

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING – Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐   Schedule H: Codebtors (Official Form 206H)

☐   Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐   Amended Schedule _____

☐   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☑   Other document that requires a declaration Consolidated Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  June 10, 2019              ✗  _____
               MM / DD /YYYY                    Signature of individual signing on behalf of debtor

                                              Andrew G. Long
                                              Printed name

                                              Chief Executive Officer
                                              Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------- x
In re                                   :
                                        :      Chapter 11
                                        :
INSYS PHARMA, INC.,                     :      Case No. 19-_____ (___)
                                        :
            Debtor.                     :
                                        :
------------------------------------------------------- x
```

## LIST OF EQUITY HOLDERS[1]

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the

following identifies all holders having a direct or indirect ownership interest of the above-

captioned debtor in possession (the "**Debtor**").

Check applicable box:

☐   There are no equity security holders or corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

☒   The following are the debtor equity security holders (list holders of each class, showing the number and kind of interests registered in the name of each holder, and the last known address or place of business of each holder):

| Name and Last Known Address or Place of Business of Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| Insys Therapeutics, Inc.<br>1333 South Spectrum Blvd., Suite 100<br>Chandler, Arizona 85286<br>Maricopa County | Equity | 100% |

---

[1] This list serves as the required disclosure by the Debtors pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed are as of the date of commencement of the Chapter 11 Cases.

Fill in this information to identify the case:

Debtor name: Insys Pharma, Inc.

United States Bankruptcy Court for the District of Delaware
                                                    (State)

Case number (*If known*): _____

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.
I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐   Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐   Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐   Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐   Schedule H: Codebtors (Official Form 206H)

☐   Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐   Amended Schedule _____

☐   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☑   Other document that requires a declaration List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  June 10, 2019            X _____
             MM / DD /YYYY               Signature of individual signing on behalf of debtor

                                         Andrew G. Long
                                         Printed name

                                         Chief Executive Officer
                                         Position or relationship to debtor